UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>       Plaintiff,<br><br>   v.<br><br>DALE DOMINO,<br><br>       Defendant.<br>_____/ | No. C-12-02426 DMR<br><br>**ORDER CONTINUING CASE MANAGEMENT DEADLINES** |

The court is in receipt of Defendant Dale Domino's request for an extension of time. [Docket No. 11.] The deadlines in the court's March 26, 2013 Order Establishing Case Management Procedures [Docket No. 6] are hereby extended as follows: Defendant is granted until **May 27, 2013** to file the form consenting to the undersigned's jurisdiction pursuant to 28 U.S.C. § 636(c), or requesting reassignment to a District Judge, and to mail to Plaintiff a copy of any documents which Defendant claims prove payment of all or part of the loan or otherwise excuse Defendant's failure to pay the loan. The deadline for the parties to meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute is extended to **June 17, 2013.** The parties' letters to the court regarding the status of the case are due within two weeks after the meeting.

IT IS SO ORDERED.

Dated: May 6, 2013

_____
DONNA M. RYU
United States Magistrate Judge