# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C-12-02426 DMR |
| Plaintiff, | **ORDER RE CASE MANAGEMENT DEADLINES** |
| v. | |
| DALE DOMINO, | |
| Defendant. | |

On May 28, 2013, Defendant Dale Domino filed a declination to proceed before a magistrate judge and request for reassignment to a United States District Judge in this student loan case. [Docket No. 13.]

Pursuant to General Order 44, actions filed by the United States to recover on a claim for a debt shall be assigned to a magistrate judge for all pretrial proceedings. If all parties do not consent to proceed before the magistrate judge, the Clerk will randomly assign the case to a district judge when the case is ready for trial. General Order 44 (E)(2)(a). Accordingly, the parties are hereby advised that the undersigned will continue to conduct pretrial proceedings in this matter. All deadlines previously set by the court (*see* Docket Nos. 6, 12) remain the operative deadlines in this case.

IT IS SO ORDERED.

Dated: May 30, 2013

_____
DONNA M. RYU
United States Magistrate Judge