United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

    Plaintiff(s),

    v.

DALE DOMINO,

    Defendant(s).

No. C-12-02426 DMR

**ORDER TO SUBMIT STATUS REPORT**

On May 30, 2013, the court issued an order regarding the case management deadlines. [Docket No. 17.] Pursuant to that order and the court's May 6, 2013 order (Docket No. 12), the deadline for the parties to meet in person or by telephone to discuss the documents they have exchanged and possible settlement of this dispute was June 17, 2013, with a status report due two weeks after the meeting. The parties have not submitted any information to the court regarding the status of the case. **By no later than August 1, 2013**, the parties shall file letters to the court or a joint statement regarding the status of this case.

IT IS SO ORDERED.

Dated: July 11, 2013



DONNA M. RYU
United States Magistrate Judge