**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10
11  USA,                                    No. C-12-02426 DMR
12          Plaintiff(s),                   **ORDER TO SUBMIT STATUS REPORT**
13      v.
14  DALE DOMINO,
15          Defendant(s).
16  _____/
17      On May 30, 2013, the court issued an order regarding the case management deadlines.
18  [Docket No. 17.] Pursuant to that order and the court's May 6, 2013 order (Docket No. 12), the
19  deadline for the parties to meet in person or by telephone to discuss the documents they have
20  exchanged and possible settlement of this dispute was June 17, 2013, with a status report due two
21  weeks after the meeting. The parties have not submitted any information to the court regarding the
22  status of the case. **By no later than August 1, 2013**, the parties shall file letters to the court or a
23  joint statement regarding the status of this case.
24      IT IS SO ORDERED.
25
26  Dated: July 11, 2013
27
28                                          _____
                                            DONNA M. RYU
                                            United States Magistrate Judge

