**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>        Plaintiff(s),<br><br>       v.<br><br>DALE DOMINO,<br><br>        Defendant(s).<br>_____/ | No. C-12-02426 (DMR)<br><br>**NOTICE AND ORDER SETTING DEADLINE FOR MOTION FOR SUMMARY JUDGMENT** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that any motions for summary judgment in this case must be filed by **November 14, 2013.** Any response is due two weeks after the motion is filed and any reply is due one week after the due date for the response.

IT IS SO ORDERED.

Dated: July 31, 2013

_____
DONNA M. RYU
United States Magistrate Judge