**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10

11  USA,                                        No. C-12-02426  (DMR)

12              Plaintiff(s),                    **NOTICE AND ORDER SETTING
                                                 DEADLINE FOR MOTION FOR**
13      v.                                       **SUMMARY JUDGMENT**

14  DALE DOMINO,

15              Defendant(s).
    _____/
16

17  TO ALL PARTIES AND COUNSEL OF RECORD:

18          You are hereby notified that any motions for summary judgment in this case must be filed by

19  **November 14, 2013.**  Any response is due two weeks after the motion is filed and any reply is due

20  one week after the due date for the response.

21          IT IS SO ORDERED.

22

23  Dated:  July 31, 2013

24                                              _____
                                                DONNA M. RYU
25                                              United States Magistrate Judge

26

27

28