**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

           Plaintiff(s),

     v.

DALE DOMINO,

           Defendant(s).

_____/

No. C-12-02426 DMR

**ORDER RE DEFENDANT'S MOTION TO ENLARGE TIME**

On October 31, 2013, *pro se* Defendant Dale Domino filed a motion to enlarge time, seeking a six-month continuance of Plaintiff United States of America's motion for summary judgment. [Docket No. 30.] Defendant asserts that he suffers from a disability and that debilitating symptoms and side effects of his medication significantly impair his ability to represent himself. On November 4, 2013, Plaintiff filed an opposition to Defendant's motion, stating that "[w]ith proper documentation of defendant's disability and its relationship to his impairment, plaintiff would not be opposing defendant's motion on this ground." [Docket No. 31.]

Therefore, **by no later than November 21, 2013**, Defendant shall submit documentation of his disability and of the symptoms and side effects that impair his ability to represent himself in this

**United States District Court**
For the Northern District of California

1   matter.  Plaintiff may file a response by no later than **November 26, 2013**.  The November 14, 2013

2   hearing on Plaintiff's motion for summary judgment is VACATED and will be re-set at a later date.

3        IT IS SO ORDERED.

4

5   Dated:  November 5, 2013



6                                    _____
                                     DONNA M. RYU
7                                    United States Magistrate Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2