UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA, | No. C-12-02426 DMR |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION TO ENLARGE TIME AND REFERRING CASE TO ADR DEPARTMENT** |
| v. | |
| DALE DOMINO, | |
| Defendant. _____/ | |

On October 31, 2013, *pro se* Defendant Dale Domino filed a motion to enlarge time, seeking a six-month continuance of Plaintiff United States of America's motion for summary judgment due to the symptoms and side effects of his disability. [Docket No. 30.] On November 21, 2013, pursuant to the court's order, Defendant filed a declaration in support of his motion to enlarge time. [Docket No. 35.] Plaintiff filed a statement of non-opposition to Defendant's motion. [Docket No. 36.] Therefore, the motion is granted. Defendant may file a further opposition, if any, to Plaintiff's motion for summary judgment **by no later than May 15, 2014**. Any reply is due by no later than May 29, 2014. No further extensions will be granted.

This case is referred to the ADR department for a telephonic evaluation to take place at the department's earliest convenience.

IT IS SO ORDERED.

Dated: December 5, 2013

_____
DONNA M. RYU
United States Magistrate Judge