UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>　　　　　Plaintiff,<br><br>vs.<br><br>Dale Domino,<br>　　　　　Defendant. | Case Number: 12-2426 DMR<br><br>**ORDER REFERRING LITIGANT TO FEDERAL PRO BONO PROJECT AND STAYING PROCEEDINGS PENDING EVALUATION FOR APPOINTMENT OF COUNSEL** |

　　　　The Defendant being in need of counsel to assist him in this matter and good and just cause appearing,

　　　　IT IS HEREBY ORDERED that Defendant Dale Domino shall be referred to the Federal Pro Bono Project ("Project") for evaluation of whether referral to a volunteer attorney is appropriate, in the manner set forth below:

1. The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for the limited purpose of representing the litigant in the course of ADR, the form of which shall be determined by the ADR department upon its evaluation of this matter.

2. Upon being notified by the Project that an attorney has been located to represent the Defendant, that attorney shall be appointed as counsel for Defendant Dale Domino in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Defendant Dale Domino in this action.

IT IS SO ORDERED.

Dated: January 8, 2014

_____
United States Magistrate Judge

