UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| ) | Case Number: 12-2426 DMR |
| Plaintiff, ) | |
| ) | **ORDER REFERRING LITIGANT TO** |
| vs. ) | **FEDERAL PRO BONO PROJECT AND** |
| ) | **STAYING PROCEEDINGS PENDING** |
| ) | **APPOINTMENT OF COUNSEL** |
| Dale Domino, ) | |
| Defendant. ) | |
| ) | |

The Defendant being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Defendant Dale Domino shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

    ☐ all purposes for the duration of the case

    ☒ the limited purpose of representing the litigant in the course of

    ☒ mediation

    ☐ early neutral evaluation

    ☐ settlement conference

    ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    _____

    ☐ discovery as follows:
    _____
    _____

    ☐ other:
    _____
    _____

EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES

2. Upon being notified by the Project that an attorney has been located to represent the Defendant, that attorney shall be appointed as counsel for Defendant Dale Domino in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Defendant Dale Domino in this action.

IT IS SO ORDERED.

Dated: June 9, 2014



_____
DONNA M. RYU
United States Magistrate Judge

EXHIBIT A TO FEDERAL PRO BONO PROJECT GUIDELINES