UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | Case Number: C-12-2426 DMR |
| vs. ) | |
| ) | **ORDER APPOINTING COUNSEL** |
| Dale Domino, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    Because the Defendant Dale Domino has requested and is in need of counsel to assist him in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, John F. Cove, Jr. and Michael J. McCarthy are hereby appointed as counsel for Defendant Domino in this matter.

    The scope of this referral shall be for:

- ☐ all purposes for the duration of the case
- ☒ the limited purpose of representing the litigant in the course of
    - ☒ mediation
    - ☐ early neutral evaluation
    - ☐ settlement conference
    - ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
      _____
    - ☐ discovery as follows:
      _____
      _____
- ☐ other:
  _____
  _____

    All proceedings in this action are hereby stayed until four weeks from the date of this order. Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated: July 1, 2014

_____
United States Magistrate Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES