UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br><br>       v.<br><br>DALE DOMINO,<br>              Defendant. | 12-cv-02426-VC<br><br>**JUDGMENT** |

        The Court, having granted summary judgment for the plaintiff, now enters judgment in favor of the plaintiff and against the defendant.  The plaintiff is awarded $16,971.57 for its first cause of action, and $30,178.60 for its second cause of action.  The Clerk of Court is directed to close the case.

        **IT IS SO ORDERED.**

Dated:  April 14, 2015

_____
VINCE CHHABRIA
United States District Judge